HOLLAND & KNIGHT LLP
Wendy Qiu (Bar No. 324291)
400 S. Hope Street, 8th Floor
Los Angeles, California  90071
Telephone:  213.896.2433
Fax:  213.896.2450
E-mail:  Wendy.Qiu@hklaw.com

*Attorney for Defendant*
*Conduent Business Services, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT BROMAN, individually and all other California citizens similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CONDUENT BUSINESS SERVICES, LLC, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.  3:26-cv-00155-BTM-MMP<br><br>**JOINT MOTION AND STIPULATION PURSUANT TO LOCAL RULES 7.2 AND 12.1 EXTENDING TIME FOR DEFENDANT CONDUENT BUSINESS SERVICES, LLC TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  Dec. 4, 2025<br>Response date after removal:  Jan. 16, 2026<br>New response date:  30 days after ruling on Motion to Transfer and/or the matter is transferred to the District of New Jersey |

///

///

///

///

///

///

///

///

///

Case No.:  3:26-cv-00155-BTM-MMP

JOINT MOTION AND STIPULATION PURSUANT TO LOCAL RULES 7.2 AND 12.1 EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

Plaintiff Kent Broman, individually and on behalf of all other similarly situated individuals (collectively, "Plaintiffs"), and Defendant Conduent Business Services, LLC ("Conduent"), hereby jointly move and stipulate, pursuant to Civil Local Rules 7.2 and 12.1, for an extension of time for Conduent to respond to the Complaint, based on the following stipulation:

1. On December 4, 2025, Plaintiffs commenced a putative class action by filing a complaint in the Superior Court of the State of California, in and for County of San Diego against Conduent and DOES 1 through 100, inclusive (collectively, "Defendants"), *Broman v. Conduent Business Services, LLC, et al.,* Case No. 25CU065797C (the "State Court Action").

2. Conduent received service of the State Court Action on December 11, 2025.

3. On January 9, 2026, Conduent removed the State Court Action to this Court pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. §§ 1332(d) and 1453. ECF No. 1.

4. On January 12, 2026, Conduent filed a Motion to Transfer to the U.S. District Court for the District of New Jersey where over thirty other actions concerning the same operative facts as this action, including a first-filed case captioned *Adams-Griffin et al. v. Conduent Business Services, LLC, et al.,* Case No. 2:25-cv-16953 (D.N.J.), are now consolidated and pending before the Honorable Judge Michael E. Farbiarz and the Honorable Magistrate Judge Michael A. Hammer in the District of New Jersey. *See In re: Conduent Business Services Data Breach Litigation,* Case No. 2:25-cv-16953 (D.N.J.) (the "Consolidated Action"). ECF No. 6.

5. As such, the deadline for Conduent to respond to the Complaint is January 16, 2026.

6. Good cause exists to grant the Parties' request, pursuant to Local Civil Rule 12.1, because in the interest of judicial economy and efficiency,

JOINT MOTION AND STIPULATION PURSUANT TO LOCAL RULES 7.2 AND 12.1 EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

Conduent should file responsive pleadings to the Complaint 30 days after this Court rules on the Motion to Transfer and/or the matter is transferred to the District of New Jersey, whichever one is later.

7.    The Parties do not seek to delay the litigation and agree that they will not suffer any prejudice as a result of the requested extension.

8.    This request is made without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action, including without limitation to any challenge to jurisdiction or venue.

9.    The proposed change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure, except the current deadline to respond to the Complaint.

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, that the deadline for Defendant Conduent to respond to the Complaint, by answer, motion or otherwise, is extended until 30 days after this Court rules on the Motion to Transfer and/or the matter is transferred to the District of New Jersey, whichever one is later.

///

///

///

///

///

///

///

///

///

///

///

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

2                    Case No.:  3:26-cv-00155-BTM-MMP

JOINT MOTION AND STIPULATION PURSUANT TO LOCAL RULES 7.2 AND 12.1 EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

The Parties jointly move and request that the Court enter an order approving this stipulation.

Dated:  January 12, 2026

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ Wendy Qiu
Wendy Qiu

Attorney for Defendant
Conduent Business Services, LLC

Dated:  January 12, 2026

Respectfully submitted,

THE RIGHT TRIAL LAWYERS

/s/ James M. Treglio
James M. Treglio

Attorney for Plaintiff
Kent Broman

## ECF SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to counsel for Plaintiff, and that I have obtained their authorization to affix their electronic signature to this document.

DATED:  January 12, 2026

HOLLAND & KNIGHT LLP

/s/ Wendy Qiu
Wendy Qiu

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

3    Case No.: 3:26-cv-00155-BTM-MMP
JOINT MOTION AND STIPULATION PURSUANT TO LOCAL RULES 7.2 AND 12.1 EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT